David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Argentina Sanders,** | Case No.: 2:15-cv-01376-JJT |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| v. | |
| **Equifax Information Services, LLC and Arizona Federal Credit Union,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff and Equifax Information Services, LLC ("Equifax") hereby stipulate to dismiss **only** Defendant Equifax from this action, with prejudice, with each party to bear their own attorney's fees and costs. Plaintiff and Equifax respectfully submit that their settlement of this case is good cause to dismiss Equifax, and that the terms of the dismissal are proper, and they jointly request that the Court enter an order of dismissal, pursuant to Fed. R. Civ. P. 41(a)(2). A proposed form of order is attached.

Respectfully submitted,

**Kazerouni Law Group**

Date: November 19, 2015         By: */s/ Ryan L. McBride*
                                Ryan L. McBride
                                Attorneys for Plaintiff

**Snell & Wilmer, LLP**

Date: November 19, 2015         By: */s/ Jacob Jones*
                                Jacob Jones
                                Attorneys for Defendant Equifax