David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert H. Sanders and Argentina Sanders,**<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc., et al,**<br><br>Defendants. | Case No.: 2:15-cv-01376-JJT<br><br>**STIPULATION FOR DISMISSAL OF ARIZONA FEDERAL CREDIT UNION** |

PLEASE TAKE NOTICE that Plaintiff and Defendant Arizona Federal Credit Union ("AZFCU") hereby stipulate to dismiss AZFCU from this action, with

prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

**Kazerouni Law Group**

Date: February 18, 2016                    By: */s/ Ryan L. McBride*
                                           Ryan L. McBride
                                           Attorneys for Plaintiff

**Engelman Berger, PC**

Date: February 18, 2016                    By: */s/ Wade M. Burgeson*
                                           Wade M. Burgeson
                                           Attorneys for Defendant AZFCU