NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Argentina Sanders,<br><br>             Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, *et al.*,<br><br>             Defendants. | No. CV-15-01376-PHX-JJT<br>     CV-15-01377-PHX-GMS (cons.)<br>     CV-15-01378-PHX-SPL (cons.)<br>     CV-15-01379-PHX-JJT (cons.)<br><br>**ORDER** |

      Upon Stipulation for Dismissal of Arizona Federal Credit Union (Doc. 38), and good cause appearing;

      IT IS ORDERED granting the Stipulation (Doc. 38). The above-entitled matter is hereby dismissed with prejudice as to Arizona Federal Credit Union, the parties to bear their own costs and attorneys' fees.

      IT IS FURTHER ORDERED that this now closes the lead and all member cases.

      Dated this 18th day of February, 2016.

*[signature]*
Honorable John J. Tuchi
United States District Judge